UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| N-LINE EXPRESS, INC. | ) | Case No. 08-72529 |
| | ) | Judge Manuel Barbosa |
| Debtor. | ) | |

## NOTICE OF HEARING ON APPLICATION FOR AN AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

TO:   See attached service list.

HOLMSTROM & KENNEDY, P.C., has filed papers with the Court to seek an Award of Professional Compensation and Expenses in the amount of $7,500.00 for services rendered and expenses in the amount of $1,039.00 incurred by Holmstrom & Kennedy, P.C., in the representation of N-Line Express, Inc., through March 20, 2009 ("Application").

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application for an Award of Professional Compensation and Expenses you or your attorney must:

1. File a written response to the Application for an Award of Professional Compensation and Expenses on or before the date set for the hearing on the Motion at:

    Clerk of Court
    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61104

    OR

2. Attend the hearing scheduled to be held on **July15, 2009, at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Rockford, Illinois 61104.

    If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy of your Response to:

Attorney Kim M. Casey
Attorney Bradley T. Koch
Holmstrom & Kennedy, P.C.
P.O. Box 589
Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application for an Award of Professional Compensation and Expenses and may enter an Order granting that relief.

Dated: June 19, 2009
                                      HOLMSTROM & KENNEDY, P.C.

                                      BY: _____
                                            One of Their Attorneys

KIM M. CASEY - #6181726
BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

2

## PROOF OF SERVICE

The undersigned, being first duly sworn, states that I electronically filed the foregoing Notice Of Hearing On Application For An Award Of Professional Compensation And Expenses with the Clerk of the United States Bankruptcy Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Attorney Paul Osborn
Ward, Murray, Pace & Johnson
202 E. 5th St.
Sterling, IL 61081

Attorney Thomas Laughlin
6833 Stalter Drive
Rockford, IL 61108

William Neary
Office of the U.S. Trustee
780 Regent St.
Suite 304
Madison, WI 53715

And I hereby certify that I have served the foregoing Notice Of Hearing On Application For An Award Of Professional Compensation And Expenses to the following non-CM/ECF participants:

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Capital One
PO Box 85546
Richmond VA 23285-5546

Citi Cards
Business Cards Processing Center
P.O. Box 6130
Sioux Falls, SD 57177

JP Ag
24009 Lincoln Rd.
Sterling, IL 61081

Leasing Specialists, Inc.
Attn: Steve Westbay
PO Box 87
Knoxville, IL 61448

Spencer's Automotive
614 Lincolnway East
Morrison, IL 61270

on the 22nd day of June, 2009

_____

Subscribed and sworn to before me
this 22nd day of June, 2009.

_____
Notary Public

"OFFICIAL SEAL"
MARY M. TERRELL
Notary Public, State of Illinois
My Commission Expires 08/25/09

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| N-LINE EXPRESS, INC. ) | Case No. 08-72529 |
| ) | Judge Manuel Barbosa |
| Debtor. ) | |

## APPLICATION FOR AN AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

Holmstrom & Kennedy, P.C. ("Applicant"), attorneys for N-LINE EXPRESS, INC., Debtor ("Debtor"), for its Application for an Award of Professional Compensation and Reimbursement of Expenses pursuant to Section 331 of the Bankruptcy Code and Bankruptcy Rule 2016, states:

### INTRODUCTION

Debtor commenced this bankruptcy proceeding by filing a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code on August 7, 2008. On August 12, 2008, Debtor filed with the Bankruptcy Court an Application for Employment of Attorneys, requesting authorization to retain Applicant as its counsel in this case. On August 20, 2008, after the conduct of a hearing before this Court, an Order was entered approving the employment of Applicant as counsel for the Debtor in this bankruptcy proceeding.

Since the commencement of this bankruptcy proceeding through March 20, 2009, Applicant has represented the Debtor as bankruptcy counsel in all matters before this Court. On May 5, 2009, Attorney Thomas F. Laughlin was substituted for Applicant as counsel for the Debtor in this bankruptcy proceeding. This is the first and final Application for an award of professional compensation and expenses by Applicant.

## ATTORNEYS REPRESENTING DEBTOR

The Debtor has been represented by the attorneys employed by Applicant. The primary attorneys representing Debtor in this case have been Bradley T. Koch, partner with Applicant, who has practiced before this Court in a variety of matters over a period in excess of twenty-five (25) years, Kim M. Casey, partner with Applicant, who has practiced before this Court in a variety of matters over a period in excess of twenty (20) years. The applicable hourly rates for the attorneys involved in the representation of the Debtor in this bankruptcy proceeding are as follows:

| Bradley T. Koch | $300.00 per hour |
| Kim M. Casey | $300.00 per hour |

## ADMINISTRATION OF CASE

Applicant has provided the Debtor with a variety of services involving the administration of its bankruptcy proceeding. Initially, Applicant assisted and advised the Debtor in the preparation and filing of several first day motions with the Bankruptcy Court including an Emergency Motion to Pay Employee Wages and Compensation.

Applicant also assisted and advised the Debtor in the preparation of its bankruptcy Schedules and Statement of Financial Affairs. Applicant attended the Debtor's First Meeting of Creditors and assisted and advised the Debtor in the preparation and filing of monthly operating reports with the Office of the United States Trustee. Subsequent to the First Day Motions, Applicant assisted the Debtor in discussions with Leasing Specialists concerning the continuation of vehicle leases and with the Internal Revenue Service regarding tax returns and filings.

Applicant assisted the Debtor in retaining Attorney Russell Holesinger as Special Counsel for the collection of a large account receivable of the business. Applicant prepared and filed with this Court an Application to retain Russell Holesinger as Special Counsel for the Debtor to collect an account receivable which was approved through the entry of an Order by this Court on December 31, 2008.

Applicant has also assisted the Debtor in analyzing and evaluating the claims of its creditors. The Debtor has explored the possibility of selling certain vehicles and Applicant has advised and assisted the Debtor in its efforts relating to the possible sale of such vehicles.

Applicant has also assisted the Debtor in beginning the process of developing and formulating a Plan of Reorganization. Given the ongoing efforts of the Debtor to increase the volume of business from its two major customers, Applicant has represented the Debtor before this Court in securing the entry of an Order on December 3, 2008, extending the exclusive time in which the Debtor could file its Plan of Reorganization.

## DESCRIPTION OF COMPENSATION

Applicant has expended the following hours in advising and representing the Debtor with respect to this bankruptcy proceeding through March 20, 2009:

| Name | Hours Worked | Total |
|---|---:|---:|
| Bradley T. Koch | 1.60 | 480.00 |
| Kim M. Casey | 23.50 | 7,020.00 |
| TOTAL | | **$7,500.00** |

Additionally, since the commencement of this bankruptcy proceeding, Applicant has disbursed for the benefit of the Debtor, actual and necessary costs and expenses in the

3

amount of $1,039.00. A complete itemized statement of the services rendered and disbursements made on behalf of the Debtor related to this bankruptcy proceeding appear upon Exhibit A attached hereto and incorporated herein by reference.

Prior to the commencement of this bankruptcy proceeding, Debtor has paid to Applicant a retainer in the amount of $6,039.00. Applicant has not received an award of professional compensation and expenses since the commencement of this bankruptcy proceeding. The rates of compensation for the attorneys representing the Debtor in this bankruptcy proceeding have been approved by the Debtor and are reasonable, customary and necessary to the representation of the Debtor in this bankruptcy proceeding.

WHEREFORE, Holmstrom & Kennedy, P.C., respectfully requests the entry of an Order by this Court:

1. Awarding professional compensation in the amount of $7,500.00 and reimbursement of expenses in the amount of $1,039.00 to Holmstrom & Kennedy, P.C. for services rendered and expenses incurred through March 20, 2009; and

2. Such other and further relief as the Court deems just and equitable.

Dated: June 18, 2009.

                              HOLMSTROM & KENNEDY, P.C.
                              Its Attorneys

                              BY: _____
                                        One of its Attorneys

Kim M. Casey - #399
Bradley T. Koch - #3602
Holmstrom & Kennedy, P.C.
800 North Church Street
Rockford, IL 61105-0589
(815) 962-7071

4